**Order entered October 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01189-CV
## No. 05-18-01190-CV

**IN RE RUDY LOPEZ, Relator**

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F91-44984-R and F93-39883-R**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus for want of jurisdiction.

/s/     ELIZABETH LANG-MIERS
        JUSTICE